# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| JOANNA E. YOUNG, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| -vs- | ) Case No. CIV-14-1064-F |
| | ) |
| CAROLYN W. COLVIN, Acting | ) |
| Commissioner of the Social Security | ) |
| Administration, | ) |
| | ) |
| Defendant. | ) |

## ORDER

United States Magistrate Judge Bernard M. Jones issued a Report and Recommendation on December 9, 2015, recommending that defendant's final decision to deny plaintiff's applications for disability insurance benefits and supplemental security income benefits be reversed and remanded for further administrative proceedings. Magistrate Judge Jones advised the parties of their right to object to the Report and Recommendation by December 23, 2015 and further advised that failure to make a timely objection waives the right to appellate review of the factual and legal issues addressed.

To date, no objection to the Report and Recommendation has been filed and no request for an extension of time to file an objection has been submitted. With no objection being filed within the time prescribed, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Bernard M. Jones on December 9, 2015 (doc. no. 24) is

**ACCEPTED**, **ADOPTED** and **AFFIRMED**. The final decision of defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, denying plaintiff, Joanna E. Young's applications for disability insurance benefits and supplemental security income benefits is **REVERSED** and this matter is **REMANDED** for further administrative proceedings pursuant to sentence four of § 205(g) of the Social Security Act, 42 U.S.C. § 405(g). Judgment shall issue forthwith.

**IT IS SO ORDERED** this 29th day of December, 2015.

_____
STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

14-1064p002.wpd